**United States District Court**
**Central District of California**

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.**   SACR 20-00037-JLS |

**Defendant**   Sandra Ranae Steinmetz

akas:   Steinmetz, Sandra; Steinmetz, Sandra R; Kohl, Sandra Ranae; Kuhl, Sandra Ranae

**Social Security No.** 3  6  2  6

(Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| SEP | 17 | 2021 |

**COUNSEL**        Lillian Chu (DFPD)

(Name of Counsel)

**PLEA**   [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**   There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:

Mail Fraud in violation of 18 U.S.C. § 1341 as charged in Count 1 of the Indictment.

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **27 MONTHS:**

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

It is ordered that the defendant shall pay restitution in the total amount of $581,145.96 pursuant to 18 U.S.C. § 3663A.

The amount of restitution ordered shall be paid as set forth on the list attached to this judgment.

Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10% of defendant's gross monthly income but not less than $100, whichever is greater, shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision. Nominal restitution payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered.

If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified in the judgment.

Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

Pursuant to USSG §5E1.2(a), all fines are waived as the Court finds that the defendant has established that she is unable to pay and is not likely to become able to pay any fine.

USA vs.   Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

The defendant shall comply with Second Amended General Order No. 20-04.

The Court recommends that the Bureau of Prisons conduct a mental health evaluation of the defendant and provide all necessary treatment.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Sandra Ranae Steinmetz, is hereby committed on Count 1 of the Indictment to the custody of the Bureau of Prisons for a term of **27 MONTHS.**

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years under the following terms and conditions.

1.   The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04, including the conditions of probation and supervised release set forth in Section III of Second Amended General Order 20-04;

2.   During the period of community supervision, the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment;

3.   The defendant shall cooperate in the collection of a DNA sample from the defendant;

4.   The defendant shall refrain from any unlawful use of any controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer;

5.   The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer;

6.   As directed by the Probation Officer, the defendant shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The defendant shall provide payment and proof of payment as directed by the Probation Officer.  If the defendant has no ability to pay, no payment shall be required;

7.   The defendant shall not engage, as whole or partial owner, employee or otherwise, in any business involving loan programs, telemarketing activities, investment programs or any other business involving the solicitation of funds or cold calls to customers without the express approval of the Probation Officer prior to engagement in such employment. Further, the defendant shall provide the Probation Officer with access to any and all business records, client lists, and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer;

8.   The defendant shall submit her person, property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], cell phones, other electronic communications or data storage devices or media, office, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the

| USA vs.   Sandra Ranae Steinmetz | Docket No.:   SACR 20-00037-JLS |

defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation; and

9.      The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments, and any other financial gains to the Court-ordered financial obligation.

The Court authorizes the Probation Officer to disclose the Presentence Report, and any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence report), to State or local social service agencies (such as the State of California, Department of Social Service), for the purpose of the client's rehabilitation.

It is further ordered that the defendant surrender herself to the institution designated by the Bureau of Prisons on or before 12 noon on **Monday, January 10, 2022.**  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the United States Court House, 411 West Fourth Street, Santa Ana, California 92701-4516.

The Court recommends that the defendant be housed at a low security women's facility, specifically FCI Dublin.  In the absence of such designation, the Court recommends that the defendant be housed at a Southern California facility, to facilitate visitation with family, friends, and loved ones.

On government's motion, all remaining counts dismissed.

Bond is exonerated upon surrender.

The Court advised the defendant of her right to appeal.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

| 09/17/2021 | |
| Date | U. S. District Judge Josephine L. Staton |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

| September 20, 2021 | By   M. Kunig |
| Filed Date | Deputy Clerk |

USA vs.  Sandra Ranae Steinmetz                                    Docket No.:   SACR 20-00037-JLS

The defendant must comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

### While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant must not commit another federal, state, or local crime;
2. The defendant must report to the probation office in the federal judicial district of residence within 72 hours of imposition of a sentence of probation or release from imprisonment, unless otherwise directed by the probation officer;
3. The defendant must report to the probation office as instructed by the court or probation officer;
4. The defendant must not knowingly leave the judicial district without first receiving the permission of the court or probation officer;
5. The defendant must answer truthfully the inquiries of the probation officer, unless legitimately asserting his or her Fifth Amendment right against self-incrimination as to new criminal conduct;
6. The defendant must reside at a location approved by the probation officer and must notify the probation officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence or persons living in defendant's residence;
7. The defendant must permit the probation officer to contact him or her at any time at home or elsewhere and must permit confiscation of any contraband prohibited by law or the terms of supervision and observed in plain view by the probation officer;
8. The defendant must work at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons and must notify the probation officer at least ten days before any change in employment or within 72 hours of an unanticipated change;

9. The defendant must not knowingly associate with any persons engaged in criminal activity and must not knowingly associate with any person convicted of a felony unless granted permission to do so by the probation officer. This condition will not apply to intimate family members, unless the court has completed an individualized review and has determined that the restriction is necessary for protection of the community or rehabilitation;
10. The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
11. The defendant must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12. For felony cases, the defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon;
13. The defendant must not act or enter into any agreement with a law enforcement agency to act as an informant or source without the permission of the court;
14. As directed by the probation officer, the defendant must notify specific persons and organizations of specific risks posed by the defendant to those persons and organizations and must permit the probation officer to confirm the defendant's compliance with such requirement and to make such notifications;
15. The defendant must follow the instructions of the probation officer to implement the orders of the court, afford adequate deterrence from criminal conduct, protect the public from further crimes of the defendant; and provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

USA vs.   Sandra Ranae Steinmetz                                    Docket No.:   SACR 20-00037-JLS

[X]  The defendant must also comply with the following special conditions (set forth below).

### STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1). Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant must pay the balance as directed by the United States Attorney's Office. 18 U.S.C. § 3613.

The defendant must notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence address until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. § 3612(b)(l)(F).

The defendant must notify the Court (through the Probation Office) and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. § 3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution under 18 U.S.C. § 3664(k). See also 18 U.S.C. § 3572(d)(3) and for probation 18 U.S.C. § 3563(a)(7).

Payments will be applied in the following order:

    1. Special assessments under 18 U.S.C. § 3013;
    2. Restitution, in this sequence (under 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United
       States is paid):
            Non-federal victims (individual and corporate),
            Providers of compensation to non-federal victims,
            The United States as victim;
    3. Fine;
    4. Community restitution, under 18 U.S.C. § 3663(c); and
    5. Other penalties and costs.

### CONDITIONS OF PROBATION AND SUPERVISED RELEASE PERTAINING TO FINANCIAL SANCTIONS

As directed by the Probation Officer, the defendant must provide to the Probation Officer:  (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant must not apply for any loan or open any line of credit without prior approval of the Probation Officer.

When supervision begins, and at any time thereafter upon request of the Probation Officer, the defendant must produce to the Probation and Pretrial Services Office records of all bank or investments accounts to which the defendant has access, including any business or trust accounts.  Thereafter, for the term of supervision, the defendant must notify and receive approval of the Probation Office in advance of opening a new account or modifying or closing an existing one, including adding or deleting signatories; changing the account number or name, address, or other identifying information affiliated with the account; or any other modification. If the Probation Office approves the new account, modification or closing, the defendant must give the Probation Officer all related account records within 10 days of opening, modifying or closing the account. The defendant must not direct or ask anyone else to open or maintain any account on the defendant's behalf.

The defendant must not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

USA vs. Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____                    Deputy Marshal
Date

USA vs. Sandra Ranae Steinmetz      Docket No.: SACR 20-00037-JLS

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____      Deputy Clerk
Filed Date

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

    These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____      _____
Defendant      Date

_____      _____
U. S. Probation Officer/Designated Witness      Date

| __Victim__ | __Amount__ |
|---|---|
| 15-501 Hospitality LLC DBA Comfort | $2,563.00 |
| 1990 Ford Drive Owner LLC | $1,261.00 |
| 2M Company Inc. | $1,332.00 |
| 3 S Hospitality | $433.00 |
| 3000 Vine, LLC DBA Hampton Inn | $866.00 |
| 328 Universal Lodging | $866.00 |
| 473 Forest Lawn Cemetery | $474.00 |
| 575 Clanton Inc | $433.00 |
| 72nd Street Associates, LLC | $433.00 |
| 9 Marina, LLC | $2,493.00 |
| A. Unruh Chiropractic Clinic, PC | $4,330.00 |
| A.N.S.I. | $474.00 |
| A-All Applicance, Inc. | $728.00 |
| Accolades Senior Care LLC | $200.00 |

USA vs.   Sandra Ranae Steinmetz                          Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Accufab Inc. | $1,061.00 |
| Achievement Center | $384.00 |
| Acuren Inspection, Inc. | $533.00 |
| Admiralty of Plantation Oaks | $866.00 |
| Advanced Orthopaedics Associates | $866.00 |
| Advantage Auto Sales & Credit | $433.00 |
| Aecon Materials Engineering | $533.00 |
| Aesthetic and General Dentistry, P.A. | $433.00 |
| AGC Partners, LP | $2,563.00 |
| Alameda Properties-Kruse Woods | $3,464.00 |
| Alarys Home Health Inc. | $398.00 |
| Albany Residence Inn | $866.00 |
| Allegan District Library | $433.00 |
| Allen & Redmond Funeral Home, Inc. | $433.00 |
| Allen Mortuaries | $948.00 |
| Allergy & Asthma Affiliates Inc. | $433.00 |
| Allergy & Asthma Center | $1,299.00 |
| Aloft Arundel Hills | $433.00 |
| Alpine Dental Health LLC | $433.00 |
| Alpine Village of Verdigre | $433.00 |
| Alternative Nursing Services, Inc. | $1,299.00 |
| Amanda Beever PC dba Tri State | $3,827.00 |
| Ambsaroka Pain and Rehab, Inc | $384.00 |
| American Heattek Corporation | $433.00 |
| American Pest Control | $384.00 |
| Amigos Library Services | $433.00 |
| Anand & Alisha LP DBA Comfort Suit | $433.00 |
| Anna Porter Public Library | $1,299.00 |
| Annapolis Hospitality, Inc. | $866.00 |
| Annette M. Zaharoff, M.D., P.A. | $435.00 |
| Apple Nine Hospitality Texas Service | $433.00 |
| Apple Ten Hospitality Texas Services | $3,007.00 |
| Applecare LLC | $1,250.00 |
| Applecare/Memorial Immediate Care | $817.00 |
| Arbors Management Inc | $866.00 |
| Arctic Refuse, LLC | $398.00 |
| Armand H. Couture Ltd. | $768.00 |
| Armstrong Surveying & Engineering, | $433.00 |

USA vs.   Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Arundel Cooling & Heating Co Inc | $2,400.00 |
| Arundel Mills Hotel Partners, LLC T/A | $433.00 |
| Ashford TRS Memphis LLC | $2,528.00 |
| Aspen NOLA Management LLC | $1,299.00 |
| Associates In Internal Medicine | $866.00 |
| Associates in Obstetrics & Gynecology | $395.00 |
| Athens-Linestone Hospital | $433.00 |
| Attaway & Associates P.S.C. | $433.00 |
| Atwood-Hammond Public Library Dis | $433.00 |
| Austin & Bell Funeral Home | $384.00 |
| Autumn Wood Opco, LLC | $817.00 |
| Aviom, Inc. | $4,669.00 |
| Ayushi LLC | $433.00 |
| AZ CCC Oncology Division | $433.00 |
| Babcock Library | $433.00 |
| Baptist Health System Services | $3,464.00 |
| Basham Funeral Service, Inc. | $433.00 |
| Bass-Cauthen Funeral Home | $433.00 |
| Bay Area Health, LLC | $384.00 |
| Bean Funeral Homes, Inc. | $3,897.00 |
| Beautiful Savior Home | $1,732.00 |
| Bel Aire Hospitality, LLC | $433.00 |
| Bemus Point Library | $866.00 |
| Benedetto Dermatology, LLC | $433.00 |
| Berkshire Farm Center | $384.00 |
| Berry Highland South | $433.00 |
| Best Western Plus New ULM c/o TPI | $433.00 |
| Best Western Plus University Inn | $1,299.00 |
| BHS Primary Care Associates | $1,299.00 |
| Big Sky Cremation | $4,388.00 |
| Blackstone Consulting, Inc. | $2,565.00 |
| Blair E. Cohen, DDS, PLLC | $433.00 |
| Bloomfield - Eastern Greene County | $433.00 |
| Blue Hospitality LLC | $433.00 |
| Blue Mound Memorial Library | $433.00 |
| Borough of Bellevue Andrew Bayne | $433.00 |
| Bound Brook Family Chiropractic | $433.00 |
| Bowa Associates, LLC | $433.00 |

USA vs.   Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Boyd Funeral Home | $384.00 |
| Boylan Funeral Home and Cremation | $443.00 |
| Boylan Funeral Homes, Inc. | $433.00 |
| BPR-CMC Charlotte LLC | $433.00 |
| Braces by Dimassa and Wenger | $433.00 |
| Bradsby Group | $1,305.00 |
| Brainerd Memorial Library | $433.00 |
| Branch District Library System | $2,136.00 |
| Braydich Dental | $433.00 |
| Breese Public Library | $433.00 |
| Brentwood-Roesch-Patton Funeral | $433.00 |
| Bridgeport Eye Physicians LLC | $2,961.00 |
| Brintons U.S. Axminster, Inc. | $474.00 |
| Brix Richmond, LLC dba Kenilworth | $2,996.00 |
| Broadway Manor, LLC | $882.00 |
| Brookdale Senior Living Inc. | $3,546.00 |
| Brookside House | $433.00 |
| Brookstone Operator LLC | $474.00 |
| Bryan H. Burdette DMD MS | $433.00 |
| Budget Inns, Inc. DBA Hampton Inn | $433.00 |
| Bullhook Community Health Center I | $433.00 |
| Burke Mortuary of Newton | $433.00 |
| Burnsville Inns, LLC Burnsville | $866.00 |
| Burton Hotel Group of Midland, L.L.C | $433.00 |
| Buster Miles Chevrolet, Inc. | $433.00 |
| Butler Funeral Home LLC | $866.00 |
| BWY 8 Hotel Partnership, Ltd. | $877.00 |
| C.J. Lucas Funeral Home Inc. | $433.00 |
| C.Y. of Portage Opco | $866.00 |
| Cahaba Medical Care Foundation | $433.00 |
| Calfrac Well Services Corp | $1,299.00 |
| Calvert & Metzler Memorial Homes | $866.00 |
| Campbell-Aman Funeral Home | $433.00 |
| Carolina Coast Surgery Center | $433.00 |
| Carolina Funeral & Cremation Center | $433.00 |
| Carolina Hospitality Group 2010 LLC | $866.00 |
| Carolina Paint & Body Shop, Inc. | $433.00 |
| Caroline Library, Inc. | $866.00 |

USA vs.   Sandra Ranae Steinmetz                          Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Carson Valley Swim Center East | $433.00 |
| Casa Farnese Inc. c/o PRD Manage | $433.00 |
| Castillo Mission Funeral Home, Inc. | $404.00 |
| Catwalk To Sidewalk Inc. | $474.00 |
| Cedar Inn | $433.00 |
| Cedargate Healthcare | $433.00 |
| Center of New England Primary Care | $433.00 |
| Central Lakes Lodging, LLC | $866.00 |
| Century Hospitality 3D LLC | $1,299.00 |
| Cerebral Palsy of Westchester, Inc. | $474.00 |
| CGH Medical Center | $831.00 |
| Chapel of the Chimes Mortuary | $866.00 |
| Chapin Realty, LLC | $433.00 |
| Charles W Smith & Sons Funeral Ho | $866.00 |
| Charp's Welding & Fabricating, Inc. | $433.00 |
| Chateau De Pere | $433.00 |
| Christ Recycling LLC | $433.00 |
| Christian Community Center | $384.00 |
| Christiansburg Hotel LLC | $866.00 |
| Christus Physician Group | $433.00 |
| City of Arlington | $464.00 |
| City of Belleville | $1,299.00 |
| City of Brentwood, Missouri Library | $433.00 |
| City of Estacada | $433.00 |
| City of Gentry Library Fund | $433.00 |
| City of Hastings | $433.00 |
| City of Joseph | $1,299.00 |
| City of Menasha | $433.00 |
| City of Minneota | $433.00 |
| City of Montpelier | $866.00 |
| City of Sutherlin | $433.00 |
| City of Webster Groves Library Fund | $2,200.00 |
| City of Wolfforth | $433.00 |
| CL Opco LLC (3564) | $1,299.00 |
| Claude R Boyd-Spencer Funeral | $384.00 |
| Clay County | $866.00 |
| Clinical Research Advantage, Inc. | $384.00 |
| Cloverdale Funeral Home | $866.00 |

USA vs.   Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Cnc Tech Michael I. Powers | $264.00 |
| Coffey Funeral Home | $433.00 |
| Colorado Nonprofit Development | $433.00 |
| Comfort Inn | $866.00 |
| Comfort Inn of Rhinelander | $433.00 |
| Community Care of West Virginia, Inc | $433.00 |
| Concordia of Monroeville | $433.00 |
| Connor & Koch Funeral Home | $474.00 |
| Conshohocken Free Library | $433.00 |
| Coolersmart USA LLC | $1,599.00 |
| Coon's Franklin Lodge Inc. | $433.00 |
| Cordova Medical Clinic, PLLC | $2,598.00 |
| Cottonwood Glen | $433.00 |
| Cottonwood Mortuary | $948.00 |
| Countryside Veterinary Services | $1,732.00 |
| Courtyard - Trussville | $1,299.00 |
| Courtyard by Marriott | $433.00 |
| Courtyard Kalamazoo Portage | $433.00 |
| Covenant Dove, LLC | $433.00 |
| Cremation Society of Virginia | $433.00 |
| Crescent Tide LLC | $384.00 |
| Cress Funeral & Cremation Service | $948.00 |
| Cretcher Heartland LLC | $2,010.00 |
| Croley Funeral Home | $433.00 |
| Cromwell Hotels, LLC dba Comfort Inn | $433.00 |
| Crowder Funeral Home | $433.00 |
| Cynthia East Fabrics | $474.00 |
| Czopek Funeral Directors | $1,364.00 |
| DallasLease Returns | $1,299.00 |
| Daniels Funeral Homes | $866.00 |
| Darin Townsend Family Dental Cente | $433.00 |
| David G. Shulman, M.D., P.A. | $1,694.00 |
| Davis Funeral Chapel, Inc | $433.00 |
| Davis Royster Funeral Services Inc | $2,165.00 |
| Davita | $3,031.00 |
| DCH Regional Medical Center | $433.00 |
| Dearborn Cardiology Associates | $768.00 |
| Dees-Parrish Family Funeral Home | $866.00 |

USA vs.   Sandra Ranae Steinmetz                         Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Den 8888 LLC DBA Quality Inn | $433.00 |
| Dent Doctor Inc. | $433.00 |
| Dental Assisting Academy of Louisvile | $1,250.00 |
| Dental Specialties, PC | $433.00 |
| DentalOne, Inc. | $433.00 |
| D.P. | $304.00 |
| Dialysis Clinic, Inc. | $866.00 |
| Dimmick Memorial Library | $433.00 |
| Don Juan's Paint and Body | $433.00 |
| Donald H Lemire Jr, DDS P.A. | $384.00 |
| Donohue HUF, Ltd | $2,116.00 |
| Doubletree Princeton | $433.00 |
| Douglas Health Services, LLC | $384.00 |
| Douglas Pediatrics Associates, P.C. | $384.00 |
| Dovin and Reber Jones Funeral | $433.00 |
| Dr. Andrew G. Hahn & Associates | $1,703.00 |
| DSM Management DBA Regency Ca | $384.00 |
| Duchesne County Office of County | $433.00 |
| Due West Pharmacy Inc | $433.00 |
| Dunbar Plaza Inc | $866.00 |
| E.J. Bertagnolli D.D.S., P.C. | $2,982.00 |
| Eagle Hospitality Services, LLC | $433.00 |
| Eden Stone Company, Inc. | $1,066.00 |
| Edward D. Jamie National Memorial | $474.00 |
| Eighmey | $433.00 |
| El Paso Methadone Maintenance | $433.00 |
| Elderwood at Lancaster | $866.00 |
| Eldorado Memorial Public Library Dis | $1,299.00 |
| Electrical Wholesale Supply Co., Inc. | $1,299.00 |
| Elite Medical Management | $2,500.00 |
| Ellers Community Mortuary | $433.00 |
| Embraco North America, Inc. | $364.00 |
| Emerald Grande, LLC LaQuinta Inn & | $866.00 |
| Enid Hospitality, LLC | $433.00 |
| ENT Clinic of Iowa, P.C. | $474.00 |
| Esperanza Center Centro Social La E | $1,299.00 |
| Esperanza Hospitality, LLC | $877.00 |
| Eternal Hills Cemetery & Mortu | $433.00 |

USA vs.   Sandra Ranae Steinmetz                              Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Everett Plaza Assisted Living | $433.00 |
| Evergreen-Washelli Memorial Park C | $474.00 |
| Extendicare | $433.00 |
| Eye Care Physicians and Surgeons, I | $433.00 |
| Eye Health Northwest Optical, LLC | $384.00 |
| Fam Med Ctr ND Family Medical Ass | $866.00 |
| FAM, LLC | $433.00 |
| Family Practice Clinic of Dothan PA | $633.00 |
| FAN Sales & Leasing, LLC | $433.00 |
| Ferguson Enterprises, Inc | $433.00 |
| Ferrari Investments | $384.00 |
| FGS Inc. | $433.00 |
| First Choice Healthcare Inc. | $433.00 |
| First Management Services | $2,165.00 |
| First Street Development LLC dba To | $433.00 |
| FiveStar Quality Care, Inc. | $2,598.00 |
| Floor Designs of Nevada, LLC | $354.00 |
| Florida Cremations Services | $533.00 |
| FM Princeton, LLC | $433.00 |
| Focus Physiotherapy | $1,299.00 |
| Folkways Hospitality LLC | $433.00 |
| Folsom Hotel Corporation | $433.00 |
| Ford & Sons Funeral Home, Inc. | $433.00 |
| Foresight Family Physicians P.C. | $1,732.00 |
| | |
| Forest Hills Funeral Home | $433.00 |
| Forest Lawn Funeral Home | $433.00 |
| Forest Ridge Funeral Home Inc. | $433.00 |
| Fountain View of Fremont | $474.00 |
| Four Seasons OB/GYN, M.D., P.A. | $433.00 |
| Frederick W Hanson M.D. | $1,299.00 |
| Free Medical Clinic Inc, The | $433.00 |
| Friends of Republic Library | $433.00 |
| Frye Dental Group LLC | $817.00 |
| Fumeraria del Angel | $433.00 |
| G6 Hospitality LLC | $3,908.00 |
| GAHCR II Dalton ALF TRS SUB, LLC | $3,429.00 |
| Gailey Eye Clinic Ltd | $1,152.00 |

USA vs.   Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Ganesh Hotel Group LLC | $395.00 |
| GCR Inc. | $633.00 |
| Geeta and Sons LLC Econo Lodge | $433.00 |
| General Steamship Corporation Ltd. | $768.00 |
| Gentry Corporation (D/B) dba Gentry | $433.00 |
| G.P. | $866.00 |
| Georgia Living Management, Inc | $433.00 |
| Gerald West, D.O., P.A. Richard C. S | $384.00 |
| GGNSC Administrative Services LLC | $866.00 |
| Ghotra Hospitality LLC | $866.00 |
| Gilmer Drug Company Inc | $866.00 |
| Giri Bangor LLC Quality Inn | $449.00 |
| Glacier Lodging | $439.00 |
| Gladwin County District Library | $866.00 |
| Glen Cove Housing Authority | $654.00 |
| Gonzalez Pediatrics Floyd Gonzalez | $1,299.00 |
| Good Samaritan Health Services, Inc | $866.00 |
| Good Shepard Nursing Home LC | $433.00 |
| Good Shepherd Land & Housing Dev | $2,165.00 |
| Grace Funeral Home, Inc. | $433.00 |
| Grace House Ministries | $1,299.00 |
| Grace Village Retirement Community | $433.00 |
| Great Basin Industrial | $997.00 |
| Great River Medical Center | $433.00 |
| Greater West Central PLD | $433.00 |
| Grosse Pointe Public Library | $1,697.00 |
| Guernsey CountyDistrictPublic Library | $866.00 |
| Gulch Property Owner LLC | $433.00 |
| Gwinnett Medical Group, Inc. | $433.00 |
| H & C Service Corp DBA Hawthorne | $433.00 |
| H.M. Patterson & Son-Canton Hill | $866.00 |
| H.R. Spinner Corp. | $866.00 |
| Halbritter Wickens Funerals Services | $433.00 |
| Hamilton Physical Therapy & Sports | $384.00 |
| Hamilton Village Inn | $433.00 |
| Hammond Public Library | $866.00 |
| Hampton Inn & Suites-Mobile Provide | $433.00 |
| Harbor Physical Therapy Services | $433.00 |

USA vs.  Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Harleysville Eye Associates | $433.00 |
| Harmony Lodging Group LLC | $433.00 |
| Hart Heritage of Forest Hill, Inc. | $2,598.00 |
| Harvest Hills Inc | $433.00 |
| Harvey Mitchell Memorial Library | $433.00 |
| Harvey Public Library District | $866.00 |
| Hastings Radiology Associates, P.C. | $866.00 |
| Hastings Vision Clinic | $4,346.00 |
| Haven of Rest | $433.00 |
| Hawaii Cancer Care, Inc. | $2,165.00 |
| Hawthorn Funeral Home LP | $433.00 |
| HC Tallahassee LLC | $433.00 |
| HE of Liberty | $866.00 |
| Head & Neck Surgical Associates | $564.00 |
| Heartland Dental, LLC | $866.00 |
| Heritage Conservancy | $474.00 |
| Heritage Living Center | $733.00 |
| Herring Funeral Home, Inc. | $474.00 |
| HHCS, Inc. | $654.00 |
| Hillcrest Clinic, LLC | $866.00 |
| Hillcrest Raleigh at Crabtree LLC | $433.00 |
| Hilton Garden Inn - Charlottesville | $1,732.00 |
| Hilton Garden Inn Choice Inn of Clay | $433.00 |
| Hodges-Moore Funeral Home | $384.00 |
| Holiday Express | $866.00 |
| Holmes Glover Solomon | $2,614.00 |
| Home Recovery - Homeaid, Inc. | $433.00 |
| Homewood Suites Hamilton | $433.00 |
| Horizon Medical Clinic, LLC | $433.00 |
| Hospice of South Georgia, Inc | $1,261.00 |
| Hotel Ambassador Nola | $1,758.00 |
| Hotel on North | $433.00 |
| Houseworth MH, LLC | $433.00 |
| Housing Authority City of Camden | $433.00 |
| H.W.L. | $433.00 |
| Howe Mortuary, Inc | $1,066.00 |
| H.K. | $433.00 |
| Humboldt Nursing Home | $1,299.00 |

USA vs.   Sandra Ranae Steinmetz                          Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Huntington Hospitality Management, | $866.00 |
| Hyatt Shared Service Center Hyatt R | $2,165.00 |
| I.J.M | $433.00 |
| IAHHC | $433.00 |
| Ibex, LLC dba Right at Home | $439.00 |
| Ideas Group Corp. | $433.00 |
| Illinois Valley Community Hospital | $1,299.00 |
| Image Savannah Airport Hotel, LLC | $433.00 |
| Imaging Partners of Missouri | $1,896.00 |
| Imperial Investments Airport, LLC DB | $1,299.00 |
| Indian Cove Resort Association Inc | $866.00 |
| Innovative Clinic Management, LLC | $433.00 |
| Iowa Coalition Against Domestic Viol | $433.00 |
| Irish American Society of Nassau | $817.00 |
| ISI Industrial Specialties, LLC | $474.00 |
| Iskalo 5020 Main LLCDBA Hyatt Place | $444.00 |
| J&J Enterprises of CNY LLC dba The | $433.00 |
| J.C. Metal Specialists, Inc. | $564.00 |
| Jackson Hospital | $433.00 |
| Jacta Alea Est LLC | $433.00 |
| James J. Terry Funeral Home, Inc. | $1,299.00 |
| Jared S Fox DDS PA | $2,165.00 |
| Jason B Oyler, DMD, P.C. | $433.00 |
| Jbar Hotels, Inc. Holiday Inn Express | $433.00 |
| Jewish Association for Services | $433.00 |
| Jewish Community Center | $1,299.00 |
| J.C.G. | $1,634.00 |
| JSM Group LLC | $433.00 |
| K Leroy Irvis Towers | $433.00 |
| K.D. Corporation DBA Holiday Inn | $433.00 |
| Kappa Investments LLC d/b/a Buddy | $433.00 |
| Karing with Kindness Inc. | $433.00 |
| Kaul Funeral Home | $533.00 |
| Kent-Forest Lawn/Evergreen | $433.00 |
| Kevin J. O'Brien, DC, PA | $433.00 |
| Ki-Hyun Chun, CPA, PH.D | $2,165.00 |
| Kingry Orthodontics, P.C. | $1,299.00 |
| Kingsley Hotel Group, LLC | $433.00 |

USA vs.   Sandra Ranae Steinmetz                                Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Kleinfelder West, Inc. | $533.00 |
| Knoxville Assisted Living | $474.00 |
| L J Griifin Funeral Home Inc | $433.00 |
| La Quinta Inn & Suites ATL Airport N | $433.00 |
| Lakeside Ambulatory Surgical Center | $384.00 |
| Lakeview at the Meadows | $433.00 |
| Laurelhurst Operations, LLC | $1,299.00 |
| | |
| Laxmi Parbhu, Inc. dba La Quinta Inn | $2,598.00 |
| Le and Sons, LLC | $433.00 |
| Lee C. Jay D/B/A Jay Funeral Home | $384.00 |
| Legacy Realty, Inc | $433.00 |
| LendSmart Mortgage, LLC | $2,165.00 |
| Leroy Manor LLC | $35.00 |
| Leslie L. Bostick, M.D., L.L.C. | $433.00 |
| Library Lane Senior Residence | $433.00 |
| Linn - Hert - Geib Funeral Home Inc. | $1,381.00 |
| LKB Management LLC | $384.00 |
| Lodge at Giants Ridge | $1,662.00 |
| Lois Lane Operations, LLC | $817.00 |
| Longform | $433.00 |
| Longwood Pediatrics LLP | $433.00 |
| Loretta Lynn Ranch, Inc. | $948.00 |
| Lou Ann Best DMD PC | $433.00 |
| Louisville Chiropractic | $433.00 |
| Louisville Hotel Assoc. LLC | $433.00 |
| Love Buick GMC | $433.00 |
| Love Funeral Home, Inc. | $433.00 |
| LQ Management LLC | $2,598.00 |
| Lucas & Son Funeral Home Inc. | $474.00 |
| Luckie J Management | $1,299.00 |
| L.D. | $866.00 |
| Lynch & Sons Funeral Directors | $433.00 |
| M S Manufacturing Inc | $1,250.00 |
| Mabrie Memorial Mortuary | $866.00 |
| Madison Hospitality Partners | $433.00 |
| MAGco Products, Inc. DBA MAGco | $1,299.00 |
| Magical Memories Management, Inc. | $654.00 |

USA vs.  Sandra Ranae Steinmetz                      Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Mancor Development Corporation | $433.00 |
| Maple Lane Health & Rehabilitation | $433.00 |
| Maple Tree Terrace | $304.00 |
| Maplewood at Weston, LLC | $433.00 |
| March Funeral Homes of Virginia, Inc | $384.00 |
| Mark M. Lima, D.D.S., L.L.C. London | $866.00 |
| Marriott International | $1,299.00 |
| Masterworks International Inc. | $768.00 |
| Mc Cracken Label | $433.00 |
| MCAP Georgian Manor, LLC | $433.00 |
| McCall Investments LP dba Super 8 | $433.00 |
| M.C. | $866.00 |
| McLeod Health | $3,031.00 |
| McMullen Funeral Home | $1,299.00 |
| McNeil's Mustang Funeral Service | $2,165.00 |
| Meadows Funeral Home | $1,614.00 |
| Meadowwood Memorial Park | $433.00 |
| Medallion Division of Sturla, Inc. | $1,896.00 |
| Memorial Funeral Home | $866.00 |
| Memorial Funeral Home | $433.00 |
| Memorial Park Funeral | $384.00 |
| Memorial Reflections | $866.00 |
| Mercer Renal Associates, P.A. | $866.00 |
| Meridian 2012 LLC Dba Bartlett Rese | $866.00 |
| Merit Incorporated of Baker County | $334.00 |
| Metcalf & Jonkhoff Funeral Service, I | $1,732.00 |
| Michael A Frais, Cardiologist, PA | $433.00 |
| Midwest Fieldturf | $2,506.00 |
| Midwest Health, Inc. | $1,422.00 |
| Millenium Healthcare of Clifton | $948.00 |
| Mimms Funeral Home, Inc. | $384.00 |
| Mohawk Industries, Inc. | $1,299.00 |
| Moloney's Holbrook Funeral Home, I | $533.00 |
| Monmouth Pulmonary Consultants | $866.00 |
| Moonstar Hospitality, LLC | $395.00 |
| Moore, Snear & Ruggiero Funeral Ho | $1,066.00 |
| Morning Pointe of Columbia | $474.00 |
| Morrison Funeral Home & Crematory | $533.00 |

USA vs.  Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Morton Mandan Public Library | $433.00 |
| Motel 6 | $1,732.00 |
| Motel 6 | $866.00 |
| Motel 6 Salem Expo Center | $866.00 |
| Mountain Laurel Chalets Inc. | $433.00 |
| Mountainview Hospitality Group, LLC | $433.00 |
| Mt Calvary & Gethsemani Catholic C | $433.00 |
| MTT Company DBA Midwest Tennis | $533.00 |
| Mueller Memorial | $433.00 |
| Naman Speedway II, | $433.00 |
| National Regency of New Berlin, Inc. | $384.00 |
| NDP Properties Inc | $433.00 |
| Neal Electric Corp. | $533.00 |
| Neal Guthrie Companies, Inc. | $866.00 |
| Neawanna By the Sea | $433.00 |
| New Century Investments II, LLC | $433.00 |
| New York Hospitality T/A Days Inn S | $433.00 |
| Newport Savannah Airport | $433.00 |
| Nie Funeral Home, Inc. | $1,152.00 |
| North Alabama Oral and Facial Surge | $866.00 |
| North Iowa Eye Clinic, P.C. | $4,639.00 |
| North Providence Urgent Care Inc. | $433.00 |
| Northeast Orthopedic Clinic, PC | $433.00 |
| Northern Cambria Library Assoc | $395.00 |
| Northstar Southbury Mgmt, Inc. T/A | $433.00 |
| Northwest Iowa Bone, Joint & Sports | $866.00 |
| Norwich Yonkers LLC | $439.00 |
| NT Management, Inc. dba Comfort In | $433.00 |
| Oak Hotels, Inc. A/A/F Lake Avenue, | $433.00 |
| Oakdale Funeral Home - Camden | $433.00 |
| Obsidian Urgent Care, PC | $433.00 |
| OccMed Solutions LLC | $433.00 |
| Oglethorpe Funeral Chapel, Inc. | $533.00 |
| Oh Mkt. Denver | $384.00 |
| O'Keefe Wade Funeral Home Inc. | $433.00 |
| Oncare Hawaii, Inc. | $433.00 |
| Opdahl & Bowen DDS, PC | $1,299.00 |
| Oral and Facial Surgery of The Shoal | $1,174.00 |

USA vs.   Sandra Ranae Steinmetz                          Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Oral Implants & Reconstructive | $433.00 |
| Oregon Eye Physicians & Surgeons | $3,009.00 |
| Orthopaedic Technologies LLC | $1,299.00 |
| Osborn Drugs, Inc. | $433.00 |
| Ossa - LBV Owner LLC Homewood S | $1,299.00 |
| Owens Funeral Home, Inc. | $474.00 |
| P & R Communications Service, Inc. | $384.00 |
| Pacific Northwest Capital Corp. | $433.00 |
| Palm Eastern Mortuary | $384.00 |
| Parkcliffe Development | $433.00 |
| Pediatric and Adolescent Medicine, P | $433.00 |
| Pediatrics and Beyond, LLC | $433.00 |
| Pediatrics of Steamboat Springs | $433.00 |
| Pelican Family Medicine, P.A. | $433.00 |
| Penn Ankle and Foot Care | $433.00 |
| Perma Dry Waterproofing Inc | $733.00 |
| Peter J. Bostick, M.D., L.L.C. | $433.00 |
| Petersen's Funeral Home Inc. | $866.00 |
| Phillips Funeral Services, Inc. DBA S | $360.00 |
| Phoebe Putney Memorial Hospital | $384.00 |
| Physical Therapy One PC | $433.00 |
| Physiotherapy Corporation | $433.00 |
| Physmed, Inc. | $433.00 |
| Pike-Amite-Walthall Library System | $533.00 |
| Pioneer Hotel & Gambling Hall | $433.00 |
| Platteview Country Club | $433.00 |
| Pleasant View Nursing Home | $1,656.00 |
| PR Normandale Hotels, L.L.C. | $433.00 |
| Pressure Tech Inc. | $855.00 |
| Prichard Public Library | $433.00 |
| Princeton Place Ruston | $384.00 |
| Pro-Care Family Health of Arkansas | $433.00 |
| Prospect Community Library | $433.00 |
| Quality Inn & Suites | $433.00 |
| Quality Oil Company, LLC Reliable T | $866.00 |
| Quality Suites South | $433.00 |
| R.D. Fitzgerald, D.D.S., P.C. | $1,299.00 |
| Radisson Hotel Atlanta NW | $433.00 |

USA vs.   Sandra Ranae Steinmetz                    Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Raintree Terrace NIC 19 Raintree Le | $433.00 |
| Raj's Lodging Inc Hampton Inn | $439.00 |
| Rashmi LLC DBA Sleep Inns & Suite | $433.00 |
| Rebecca M Jones MD LLC | $384.00 |
| Redfield Medical Clinic | $1,299.00 |
| Reeves Construction Company | $474.00 |
| Regis | $433.00 |
| Reno Wells Hotel LLC | $433.00 |
| Residence Inn - Columbus BRE | $1,299.00 |
| Residence Inn by Marriott | $2,614.00 |
| Resort Lifestyle Communities | $433.00 |
| Retina & Vitreous Center of Southern | $395.00 |
| Retirement Concepts | $474.00 |
| RF Hospitality, LLC DBA Travelodge | $433.00 |
| RFR Lease, Inc. dba Aaron's Sales a | $433.00 |
| RiceTec | $384.00 |
| Right at Home In Home Care & Assis | $433.00 |
| Riley Trehern DMD PC | $433.00 |
| Ripal & Rupal, LLC Residence Inn Au | $1,732.00 |
| River Rehab Physical Therapy | $1,315.00 |
| River Valley District Library | $866.00 |
| Riverstone Manor LLC | $404.00 |
| Roane County Heritage Commission | $433.00 |
| Robert B Moss JR DMD | $433.00 |
| Roca Inc | $433.00 |
| Roedel Partners of Auburn, LLC | $1,299.00 |
| Ronald T. Barganier DMD, LLC | $433.00 |
| Rose Villa, Inc. | $948.00 |
| Rossell Funeral Home | $433.00 |
| Rustad Dermatology PC | $1,732.00 |
| Ruxmaya Inc | $433.00 |
| S & G Construction, Inc. | $1,765.00 |
| S & H Rubber, Inc. | $533.00 |
| S3 Hotels, LLC d/b/a The Hunt Lodge | $1,299.00 |
| Sagestone Partners, LLC | $433.00 |
| Samaritan Funeral Home | $433.00 |
| Santa Rosa Mortuary Eggen & Lance | $866.00 |
| Saranac Lake Free Library | $433.00 |

USA vs.   Sandra Ranae Steinmetz                         Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Satellite Evergreen Fountains, LLC | $433.00 |
| Schaetter's Funeral Home, Inc. | $433.00 |
| Scherer Inc. | $433.00 |
| Seaside Smiles, PLLC | $384.00 |
| Select Hotels, Inc. DBA Country Inn | $433.00 |
| Selway Machine Tool Co., Inc. | $433.00 |
| Seminole Medical Center | $433.00 |
| Sequoyah Enterprises, Inc | $433.00 |
| Serenicare, LLC | $433.00 |
| Shambu Enterprises Corporation | $433.00 |
| Shoreline Real Estate Co., Inc. | $866.00 |
| Shoshone Funeral Services LLC | $433.00 |
| Shreeji Hospitality Investors LLC | $1,299.00 |
| Silver Falls Dermatology PC | $2,165.00 |
| Sisters of our Lady Immaculate | $533.00 |
| Sistersville General Hospital | $866.00 |
| Siya Ram LLC | $433.00 |
| Smith Allergy & Asthma Specialists o | $433.00 |
| Smith Funeral Chapels, Inc. | $433.00 |
| Smyth - Bland Regional Library | $433.00 |
| Snyder Brickyard Hotel LLC | $433.00 |
| Solaris Condo Association | $1,331.00 |
| South Beach Biloxi Hotel & Suites | $433.00 |
| South Haven Memorial Library | $433.00 |
| Southeast Alabama Rural Health Ass | $433.00 |
| Southern Star Courts I, LLP | $1,299.00 |
| Southmoor Pediatric Dentistry, PC | $4,330.00 |
| Southridge Village Nursing | $384.00 |
| Southwest Mississippi Anesthesia, P | $433.00 |
| SP Management HIE/H, LLC DBA Ha | $433.00 |
| Spann Funeral Home | $384.00 |
| Spies Public Library City of Menomin | $1,456.00 |
| Spring View Manor, Inc. | $564.00 |
| Springboro Pediatrics, Inc. Dr. Brian | $433.00 |
| Springfield LLC Operating | $433.00 |
| SRS Distribution | $384.00 |
| St James Wellness & Villas LLC | $1,299.00 |
| St. John's Lutheran Ministries, Inc. | $433.00 |

USA vs.   Sandra Ranae Steinmetz                          Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| Stafford Operations LLC | $1,299.00 |
| Steamboat Hotel Investors LLC dba F | $866.00 |
| Steven Auerbach, DC Auerbach Fam | $433.00 |
| Stevens Funeral Homes, Inc. | $433.00 |
| Stillwater Academy LLC | $1,299.00 |
| Stone Creek Lodging, LLC | $433.00 |
| Strickland Orthodontics | $433.00 |
| Stryker Orthopaedics | $474.00 |
| Suburban Propane LP | $433.00 |
| Sujkowski Funeral Home | $2,721.00 |
| Summit Power Systems, Inc. | $948.00 |
| Supportive Services, Inc. | $433.00 |
| Surgical Care P.C. Rick J. Windle, M. | $433.00 |
| Surgical Eye Care Ltd | $433.00 |
| Susan K. Carter - O'Shea, D.D.S. | $233.00 |
| Swaim Funeral Home, Inc. | $474.00 |
| Sylvan Lake Lodge | $433.00 |
| Symmetry Care, Inc. | $433.00 |
| Synteen Technical Fabrics Inc. | $533.00 |
| Systema Funeral & Cremation Service | $866.00 |
| Tac Ltd | $464.00 |
| Tan Lodging Investment LLC Days In | $433.00 |
| TDP Phase Two | $866.00 |
| Tech Electronics of Illinois | $1,299.00 |
| Tegra Corporation | $882.00 |
| Teri Kirpa LLC dba Comfort Suite | $433.00 |
| Terrace Apartments Buildings | $1,299.00 |
| Terrace Apartments, Inc. | $433.00 |
| The Athenaeum of Philadelphia | $433.00 |
| The Caring Healthcare Network | $433.00 |
| The Cedars Lodge | $866.00 |
| The City of Virginia | $433.00 |
| The Gardens at Cannon Falls | $433.00 |
| The Hotel Donaldson, LLC | $433.00 |
| The Inn on Negley | $866.00 |
| The Kishan Group, Inc. A Lodging Co | $433.00 |
| The Mc Dougald Funeral Home | $1,308.00 |
| The New Pioneer LLC | $2,130.00 |

USA vs.   Sandra Ranae Steinmetz                          Docket No.:   SACR 20-00037-JLS

| | |
|---|---|
| The Plains Hotel | $1,732.00 |
| The Plastic and Cosmetic Center of S | $866.00 |
| The Riverside Hotel LLC | $433.00 |
| The Salvation Army | $1,066.00 |
| The Surgical Clinic, Central Arkansas | $1,299.00 |
| The WM. R. Hamilton Co. | $433.00 |
| Thomas G Dimassa DDS MS | $866.00 |
| Thurman Funeral Home LLC | $266.50 |
| Toole Lodging Group, Inc. Courtyard | $866.00 |
| Topeka Investment Group LLC | $433.00 |
| Torrington Hospitality,LLC Holiday INN | $433.00 |
| Towanda District Library | $433.00 |
| Town of Plainville, CT | $433.00 |
| Town of Voluntown Board of Select | $433.00 |
| Townsend Honda | $433.00 |
| Townsplace Suites | $433.00 |
| Treasurer of the Couty of Republic | $433.00 |
| Treasurer of the State of Missouri | $866.00 |
| Trefz & Bowser Funeral Home, Inc. | $533.00 |
| Triple T Funeral Service, LLC Dba M | $866.00 |
| Tri-Township Public Library District | $1,732.00 |
| Trumbull Senior Housing Lessee, LL | $433.00 |
| TrustCare Express Medical Clinics | $433.00 |
| Tulsa Hotel LLC | $433.00 |
| UCHealth | $433.00 |
| United Cerebral Palsy of New York C | $674.00 |
| United Church of Christ Homes | $433.00 |
| United Warehousing, LLC | $433.00 |
| Urbana Varro Hospitality Mgmt Co LL | $866.00 |
| US Hotel LLC | $433.00 |
| Valley View Senior Life, LLC | $474.00 |
| Village Apothecary Inc | $433.00 |
| Village of Greendale | $831.00 |
| Vining Ivy Hill Chapel, Inc. | $433.00 |
| Vista Shores Assisted Living LLC | $395.00 |
| Voytik Center for Orthopedic Care PC | $866.00 |
| W.L. Case and Company Funeral Dir | $433.00 |
| Wallace Street Partners | $433.00 |

USA vs.   Sandra Ranae Steinmetz                          Docket No.:   SACR 20-00037-JLS

| | |
|---|---:|
| Weaver Family Funeral Homes | $3,460.46 |
| Weaver Family Funeral Homes | $533.00 |
| Weaver Funeral Home | $966.00 |
| Weaver Funeral Home | $866.00 |
| Wells Funeral Homes & Cremation S | $433.00 |
| West Hills Memorial Association, Inc. | $1,694.00 |
| Westchase TP LTD dba Towneplace | $433.00 |
| Westerly Inns LLC dba Pleasant View | $433.00 |
| Western Inn & Suites | $866.00 |
| Westminster, Inc. | $404.00 |
| Westport Estates Assisted Living by | $433.00 |
| Wheaton Franciscan Healthcare | $433.00 |
| White's Funeral Home | $433.00 |
| Wilderness Coast Public Libraries | $433.00 |
| Wilkinson Lodging, LLC | $1,299.00 |
| Willamette View | $433.00 |
| Williams Funeral Home, Inc. | $1,299.00 |
| Williamson Memorial Funeral Home a | $433.00 |
| Williams-Thomas Funeral Homes, Inc | $866.00 |
| Williston Basin Eyecare | $433.00 |
| Willowbrook Medical Cente | $384.00 |
| Woodarms, LTD | $433.00 |
| Woodspring Suites Property Manage | $433.00 |
| Woodstock Academy | $533.00 |
| Wrenn-Zealy Properties, Inc. | $433.00 |
| Wyndham Garden Hotel near La Can | $866.00 |
| Yoder Embalming Services LLC | $333.00 |
| Zarin Enterprises Inc Motel 6 - 4320 | $866.00 |
| Zehr Community Library | $433.00 |
| | **$581,145.96** |